SELSER BROTHERS COMPANY, Appellant, *v.* POTTER PRODUCE COMPANY, Defendant, et al., Respondents.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 12, 1894, which affirmed an order of Special Term vacating an attachment on motion of a junior attaching creditor.

*Elon S. Hobbs* for appellant.

*John Brooks Leavitt* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.